**Elam GREGORY, Plaintiff-Appellant,**

v.

**Shirley J. GREGORY,
Defendant-Respondent.**

No. 47704.

Missouri Court of Appeals,
Eastern District,
Division Two.

June 12, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 8, 1984.

William Elvis Sorrell, Clayton, for plaintiff-appellant.

David P. Senkel, Hillsboro, for defendant-respondent.

ORDER

PER CURIAM.

The trial court granted dissolution of the marriage to the parties and made a division of the marital property and awarded attorney's fees. Appellant appeals the judgment. The judgment is affirmed pursuant to Rule 84.16(b).

**STATE of Missouri,
Plaintiff-Respondent,**

v.

**Dennis L. HADLEY,
Defendant-Appellant.**

No. 47232.

Missouri Court of Appeals,
Eastern District,
Division One.

June 19, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 8, 1984.

Ronald J. Kaden, Clayton, for defendant-appellant.

John Ashcroft, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

PER CURIAM.

This is a direct appeal from a jury conviction for second degree robbery in violation of § 569.030, RSMo.1978. No jurisprudential purpose would be served by a written opinion.

Judgment affirmed. Rule 30.25(b).